UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PETE GRIGGS,

    Petitioner,                                       CASE NO.: 4:19-MC-11

v.

FLORIDA DEPARTMENT OF
HIGHWAY AND SAFETY MOTOR
VEHICLES,

    Respondent.

_____/

## VERIFIED PETITION TO PERPETUATE TESTIMONY

COMES NOW, Plaintiff, Pete Griggs ("Griggs"), by and through undersigned counsel, hereby file this Verified Petition to Perpetuate Testimony, under Fed. R. Civ. P. 27(a)(1)[1], seeking an order authorizing the undersigned to depose Petitioner, and in support states as follows:

1. Mr. Griggs expects to be a party to an action which is cognizable in United States court pursuant to 42 U.S.C. §1983, among other probable causes of action, but cannot presently bring it or cause it to be brought.

---

[1] Given the clarity of Fed. R. Civ. P. 27(a)(1), the undersigned has not included a Memorandum of Law, but will supplement this filing if one is so desired.

2. The claims involve the improper arrest, detention, negligence and excessive force used against Mr. Griggs in violation of his constitutional rights.

3. Mr. Griggs is the putative plaintiff in this matter and his testimony is critical to the maintenance of this action. Mr. Griggs suffers from an advanced terminal illness and is not anticipated to survive the lengthy nature of civil litigation.

4. The expected adverse parties include, but are not limited to:
   a. Florida Highway Patrol as part of the Florida Department of Highway Safety and Motor Vehicles
   b. Trooper Rondricka Thompson
   c. Trooper Cabe
   d. Trooper Ivey
   e. Trooper Thompson
   f. Trooper Speigner
   g. Trooper Raymond White
   h. The above parties are located at 2900 Apalachee Parkway, Tallahassee, FL 32304

5. Petitioner, as a material witness, seeks to perpetuate his own testimony on July 29, 2019[2].

---

[2] A copy of the Notice of Taking Deposition is included herein as an attachment.

WHEREFORE, Petitioner, PETE GRIGGS, respectfully requests this Court enter an order granting his Petition to Perpetuate his testimony on July 29, 2019.

Dated this 27th day of June, 2019.

Respectfully submitted,

*/s/ Tiffany R. Cruz*
TIFFANY R. CRUZ
Florida Bar No.: 090986
Tiffany@fa-lawyers.com
FRIEDMAN, ABRAHAMSEN & CRUZ
403 E. Park Avenue
Tallahassee, FL 32301
Telephone: (850) 681-3540
Facsimile: (850) 270-6927

and

DAVID KEMP
Florida Bar No.: 12369
LAW FIRM OF DAVID KEMP, PLLC
17 High Drive.
Crawfordville, FL 32327-2032
Telephone: (850) 926-7663
David@davidkemplaw.com

ATTORNEYS FOR PLAINITFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2019 the foregoing document was electronically filed via the CM/ECF filing system and served by electronic and U.S. Mail to Christie S. Utt, Esquire, General Counsel for Florida Department HSMV, christieutt@flhsmv.gov, 2900 Apalachee Parkway, A432, Tallahassee, FL 32399-3525.

/s/ Tiffany R. Cruz
TIFFANY R. CRUZ