UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PETE GRIGGS,

    Petitioner,                      CASE NO.: 4:19-MC-11-MW/CAS

v.

FLORIDA DEPARTMENT OF
HIGHWAY AND SAFETY MOTOR
VEHICLES,

    Respondent.

_____/

## **PETITIONER'S AMENDED EMERGENCY PETITION TO PERPETUATE TESTIMONY**

COMES NOW, Petitioner, Pete Griggs ("Griggs"), by and through undersigned counsel, hereby file this Amended Emergency Petition to Perpetuate Testimony, under Fed. R. Civ. P. 27(a)(1)[1], seeking an order authorizing the undersigned to depose Petitioner, and in support states as follows:

1.    Mr. Griggs expects to be a party to an action which is cognizable in United States court pursuant to 42 U.S.C. §1983, among other probable causes of action, but cannot presently bring it or cause it to be brought.

---

[1] Given the clarity of Fed. R. Civ. P. 27(a)(1), the undersigned has not included a Memorandum of Law, but will supplement this filing if one is so desired.

2. The claims involve the improper arrest, detention, negligence and excessive force used against Mr. Griggs in violation of his constitutional rights.

3. Mr. Griggs is the putative plaintiff in this matter and his testimony is critical to the maintenance of this action. Mr. Griggs suffers from an advanced terminal illness and is not anticipated to survive the lengthy nature of civil litigation. **As of the date of this filing, Mr. Griggs has been placed on Hospice and is not anticipated to survive this week.**

4. The expected adverse parties include, but are not limited to:
   a. Florida Highway Patrol as part of the Florida Department of Highway Safety and Motor Vehicles
   b. Trooper Rondricka Thompson
   c. Trooper Cabe
   d. Trooper Ivey
   e. Trooper Thompson
   f. Trooper Speigner
   g. Trooper Raymond White
   h. The above parties are located at 2900 Apalachee Parkway, Tallahassee, FL 32304

5. Petitioner, as a material witness, seeks to perpetuate his own testimony on July 2, 2019[2].

WHEREFORE, Petitioner, PETE GRIGGS, respectfully requests this Court enter an order granting his Petition to Perpetuate his testimony on July 29, 2019.

Dated this 1st day of July, 2019.

Respectfully submitted,

*/s/ Tiffany R. Cruz*
TIFFANY R. CRUZ
Florida Bar No.: 090986
Tiffany@fa-lawyers.com
FRIEDMAN, ABRAHAMSEN & CRUZ
403 E. Park Avenue
Tallahassee, FL 32301
Telephone: (850) 681-3540
Facsimile: (850) 270-6927

and

DAVID KEMP
Florida Bar No.: 12369
LAW FIRM OF DAVID KEMP, PLLC
17 High Drive.
Crawfordville, FL 32327-2032
Telephone: (850) 926-7663
David@davidkemplaw.com

ATTORNEYS FOR PLAINITFF

---

[2] A copy of the Notice of Taking Deposition is included herein as an attachment.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2019 the foregoing document was electronically filed via the CM/ECF filing system and served by electronic and U.S. Mail to Christie S. Utt, Esquire, General Counsel for Florida Department HSMV, christieutt@flhsmv.gov, 2900 Apalachee Parkway, A432, Tallahassee, FL 32399-3525.

    /s/ Tiffany R. Cruz
    TIFFANY R. CRUZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PETE GRIGGS,

    Petitioner,                      CASE NO.: 4:19-MC-11

v.

FLORIDA DEPARTMENT OF
HIGHWAY AND SAFETY MOTOR
VEHICLES,

    Respondent.

_____/

## **PLAINTIFF'S AMENDED NOTICE OF TAKING DEPOSITION**
*(Amended as to date and time)*

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of the **Pete Griggs** on **Tuesday, July 2, 2019 at 5:00 p.m. ET** at the offices of **Friedman, Abrahamsen & Cruz, 403 East Park Avenue, Tallahassee, Florida 32301.**

The deposition is being taken upon oral examination before Accurate Stenotype Reporters, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue until

---

**If you are a person with a disability who needs any accommodation in order to participate in this deposition, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the office of the attorney signing this deposition notice at least 7 days before your scheduled appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

completed. The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as are permitted under the Rule of Court, including the applicable Florida Rules of Civil Procedure.

*/s/ Tiffany R. Cruz*
TIFFANY R. CRUZ
Florida Bar No.: 090986
Tiffany@fa-lawyers.com
FRIEDMAN, ABRAHAMSEN & CRUZ
403 E. Park Avenue
Tallahassee, FL 32301
Telephone: (850) 681-3540
Facsimile: (850) 270-6927

and

DAVID KEMP
Florida Bar No.: 12369
LAW FIRM OF DAVID KEMP, PLLC
17 High Drive.
Crawfordville, FL 32327-2032
Telephone: (850) 926-7663
David@davidkemplaw.com

ATTORNEYS FOR PLAINITFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2019 the foregoing document was electronically filed via the CM/ECF filing system and served by electronic and U.S. Mail to Christie S. Utt, Esquire, General Counsel for Florida Department HSMV, christieutt@flhsmv.gov, 2900 Apalachee Parkway, A432, Tallahassee, FL 32399-3525.

                                        /s/ Tiffany R. Cruz
                                        TIFFANY R. CRUZ

cc: Accurate Stenotype Reporters